U.S. Department of Justice
United States Attorney

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUL 0 8 2015

JAMES N. HATTEN, Clerk
By: P Am Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2015R00601)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION

COUNTY NAME: Fulton

DISTRICT COURT NO. 1:15-CR-256

MAGISTRATE CASE NO.  1:15-MJ-490

| X Indictment | Information | X Magistrate's Complaint |
|---|---|---|
| DATE: 7/8/15 | DATE: | DATE: 6/11/15 |

UNITED STATES OF AMERICA
vs.
KENNETH COPELAND

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: X Felony   Misdemeanor

### Defendant Information:

Is the defendant in custody? X Yes  No
Is the defendant in custody on this charge or other conviction? X Yes  No
Is the defendant awaiting trial on other charges?    Yes   X No
    Other charges:
    Name of institution:
Will the defendant be arrested pending outcome of this proceeding?   Yes  X No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes  X No

District Judge:
Magistrate Judge:

Attorney: Katherine I. Terry
Defense Attorney: